JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUIS TORRES-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER HERNANEZ-LOPEZ, et al.,<br><br>Defendants. | CR NO. S-10-501 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: November 18, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Luis Torres-Hernandez, John R. Manning, Esq., counsel for defendant Javier Hernandez-Lopez, Matthew C. Bockmon, Esq., and counsel for defendant Alejandro Bielma-Ortiz, David D. Fischer, Esq., that the status conference presently set for October 14, 2011, be continued to November 18, 2011 at 9:00 a.m., thus vacating the presently set status conference. Counsel for defendant Juan Hernandez-Lopez, Olaf W. Hedberg, Esq., wishes to remain on calendar to enter a change of plea.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a

1

continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (defense preparation) from the date of the parties stipulation, October 13, 2011, to and including November 18, 2011. The continuance is requested due to the fact that the defendants are Hispanic and require the use of an interpreter in order to review the discovery and the offer/plea agreement(s) presented by the government. Further two of the defendants are presently housed in the Butte County Jail in Oroville, CA. The defendants' relatively remote location coupled with the need for the use of an interpreter to review the discovery and plea agreement(s) necessitates multiple visits by each attorney with/to each defendant. Additional time is sought by the remaining defense attorneys to consult with the defendants; review the discovery; review the plea agreement(s); and, effectively communicate the terms of the proposed settlement; its consequences; and, to answer questions by the defendants on how to proceed.

IT IS SO STIPULATED.

Dated: October 13, 2011  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Luis Torres-Hernandez

Dated: October 13, 2011  /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Attorney for Defendant
Javier Hernandez-Lopez

Dated: October 13, 2011  /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
Alejandro Bielma-Ortiz

Dated: October 13, 2011  Benjamin B. Wagner
United States Attorney

by:  /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney

```
JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUISTORRES-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAVIER HERNANDEZ-LOPEZ, et al.,<br><br>　　　　Defendants. | CR NO. S-10-501 GEB<br><br>[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the October 14, 2011 status conference be continued to November 18, 2011 at 9:00 a.m. I find that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to November 18, 2011.

IT IS SO ORDERED.

DATED: October 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

3