IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br>　　　　　Plaintiff,<br>　　v.<br>Luis Torres-Hernandez,<br>　　　　　Defendant.<br>_____ | 2:10-cr-501-GEB-3<br><br><u>ORDER FOLLOWING IN CAMERA<br>REVIEW DENYING DEFENDANT'S<br>REQUEST TO FILE DOCUMENTS<br>UNDER SEAL</u> |

　　　　On April 25, 2012, Defendant submitted for in camera consideration two documents he desires to be filed under seal. One of the documents is Defendant's counsel's declaration, which could be filed under seal, but Defendant has not shown why this declaration is necessary in this case. The other document is a sentencing memorandum, part of which clearly should have been filed on the public docket; and it appears that the remainder of the sentencing memorandum could have been stated differently to avoid the need to invoke sealing law. Therefore, the declaration and sentencing memorandum will not be sealed. However, Defendant may reconsider whether he needs to invoke sealing law for any portion of the documents he opines should be filed under seal and again present any portion thereof with justification for a sealing order since sufficient time still exists for defendant to re-submit what he opines should be sealed.

Dated: April 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1