

FILED
APR 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-00501-GEB-3 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| LUIS TORRES-HERNANDEZ, ) | |
| Defendant. ) | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Luis Torres-Hernandez** from custody.

IT IS SO ORDERED.

Date: April 27, 2012

_____
Garland E. Burrell Jr.
UNITED STATES DISTRICT JUDGE