BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO BIELMA-ORTIZ, <br><br> Defendant. | CASE NO. 2:10-CR-00501 GEB <br><br> ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |

The Preliminary Order of Forfeiture entered December 16, 2011, is hereby made final as to defendant Alejandro Beilma-Ortiz and shall be incorporated into the Judgment in a Criminal Case filed April 24, 2012

SO ORDERED.

Dated: May 4, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1