BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO. 2:10-CR-00501 GEB
)
    Plaintiff, )
)
) ORDER TO INCORPORATE
) PRELIMINARY ORDER OF
    v. ) FORFEITURE INTO JUDGMENT
) IN A CRIMINAL CASE
JUAN HERNANDEZ-LOPEZ, )
)
    Defendant. )
)

The Preliminary Order of Forfeiture entered December 13, 2011, is hereby made final as to defendant Juan Hernandez-Lopez and shall be incorporated into the Judgment in a Criminal Case filed June 14, 2012.

Dated: June 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1