```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00501 GEB |
| Plaintiff, | |
| | FINAL ORDER OF FORFEITURE |
| v. | |
| JAVIER HERNANDEZ-LOPEZ, JUAN HERNANDEZ-LOPEZ, LUIS EDUARDO TORRES-HERNANDEZ, aka "Alfredo", aka Ruben Torres-Hernandez, ALEJANDRO BIELMA-ORTIZ, aka "Diego", | |
| Defendants. | |

WHEREAS, on or about December 13, 2011, December 16, 2011, April 9, 2012 and June 5, 2012, this Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(6) and 1028(b)(5), based upon the plea agreements entered into between plaintiff and defendants Juan Hernandez-Lopez, Alejandro Bielma-Ortiz, Luis Eduardo Torres-Hernandez, and Javier Hernandez-Lopez forfeiting to the United States the following property:

        a.    Transport laptop computer, serial number 3503311-

1         Final Order of Forfeiture

    0001,
b. Black Dell laptop computer, serial number CNOWY040486437890380,
c. Grey Dell laptop computer, serial number CNOH20494864348K3346,
d. HP laptop computer, serial number 2CE5270R44,
e. One Kyocera cellular telephone,
f. One PMP cellular telephone,
g. One Sony cellular telephone,
h. Three Samsung cellular telephones,
i. Four Motorola cellular telephones,
j. One Virgin Mobile cellular telephone,
k. One Konaki cellular telephone,
l. One Innovative Technology cellular telephone,
m. Three Metro PCS cellular telephones,
n. One Blackberry cellular telephone,
o. Kodak Easyshare 550, serial number KCGMJ00803055,
p. Nikon 7600 Coolpix, no serial number,
q. Canon Printer Model CD1060, serial number (21) 0204206318,
r. Palm Pilot, serial number 106V13T8710M,
s. Computer printing software discs,
t. Brother multifunction printer, serial number CXSMMO1BRDO2D330,
u. Apple G4 laptop computer, serial number QT3112ZBN4M,
v. Two Samsung cellular telephones,
w. One LG cellular telephone,
x. One cutting board,
y. Sony Vaio laptop computer, serial number CXSMMO1BRDO2D330,
z. Ten thumb drives,
aa. HP Officejet Pro printer, serial number MYMY85G831DM,
bb. USB Hub,
cc. Epson NX420 printer, serial number MC2P000453,
dd. One cutting board,
ee. One Apple IPOD,
ff. One Nokia cellular telephone,
gg. Three Samsung cellular telephones,
hh. Two Kyocera cellular telephones,
ii. Five Motorola cellular telephones,
jj. Two LG cellular telephones,
kk. Two Metro PCS cellular telephones,
ll. One Blackberry cellular telephone,
mm. Fargo card printer model 044100, serial number A4440032,
nn. Fargo card printer model X001400, no serial number,
oo. Royal Sovereign card laminator, serial number 10010318,
pp. GBC card laminator model 115, serial number 2305070188,
qq. ID Tech card reader, serial number 095201297,
rr. Large and small roll of foil paper for documents,

|   |   |   |
|---|---|---|
| | ss. | Hologram sheets for documents, over 100 images, |
| | tt. | More than 100 Plastic document covers for lamination, |
| | uu. | Approximately 2,100 blank plastic card stock for printing documents, |
| | vv. | Photo paper, printing paper, ribbons, ink, cutting tools, printer cartridges, and |
| | ww. | Photos of individuals typical of document manufacturing. |

AND WHEREAS, beginning on January 5, 2012, April 10, 2012 and June 6, 2012, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notices advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(6) and 1028(b)(5), to be disposed of according to law, including all right, title, and interest of Juan Hernandez-Lopez, Alejandro Bielma-Ortiz, Luis Eduardo Torres-Hernandez, and Javier Hernandez-Lopez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: August 24, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge